**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**TIMOTHY TIDWELL, ET AL.**                                                           **PLAINTIFFS**

**VS.**                                                 **CIVIL ACTION NO. 1:06CV352-A-D**

**ITAWAMBA COUNTY, ET AL.**                                              **DEFENDANTS**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Upon motion of the parties, the Court is advised that the claims of Plaintiffs against all Defendants in the above styled and numbered cause have been compromised and settled and pursuant thereto any and all claims by Plaintiffs against all Defendants in this action are hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED, this the 12th day of December, 2007.

                                                                          /s/ Sharion Aycock
                                                    UNITED STATES DISTRICT JUDGE

The Following Agree to Entry
of the Above and Foregoing Order:

s/Victor I. Fleitas
Attorney for Plaintiffs

s/Berkley N. Huskison
Attorney for Defendant Itawamba
County, Mississippi

s/Bo Russell
Attorney for Defendant Steve Stanford